UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-22120-CIV-WILLIAMS/MCALILEY

STEFANIE SEQUEIRA,

    Plaintiff,

v.

AMERICAN UPHOLSTERY
DESIGN, INC., *et al.*,

    Defendants.
_____/

## ORDER REGARDING JOINT
## MOTION TO APPROVE SETTLEMENT

    The parties have reached a settlement of this FLSA case, and the Honorable Kathleen M. Williams has referred their Joint Motion to Approve Settlement to me. (ECF Nos. 4, 22).

    The Motion provides no information about the terms of the parties' agreement. It states that the parties will send the proposed settlement agreement to chambers for *in camera* review, which they have not done. This Court must prepare a report and recommendation to Judge Williams as to whether the Court should approve the settlement agreement. That report and recommendation must provide sufficient information that allows Judge Williams to make a de novo review of my factual findings and legal conclusions.

    For these reasons, the Court hereby **ORDERS** the parties to file, **no later than Friday, September 23, 2022**, their proposed settlement agreement, and by that same date

1

Plaintiff's counsel shall email to chambers, at McAliley@flsd.uscourts.gov, their billing records for the Court's initial *in camera* review.

DONE and ORDERED in chambers at Miami, Florida this 21st day of September 2022.

_____
CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

cc: Honorable Kathleen M. Williams
     Counsel of record