UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-22120-CIV-MCALILEY
(CONSENT CASE)

STEFANIE SEQUEIRA,

    Plaintiff,

v.

AMERICAN UPHOLSTERY
DESIGN, INC., *et al.*,

    Defendants.
_____/

## **ORDER APPROVING SETTLEMENT AND DISMISSING ACTION**

This is an action that arises under the Fair Labor Standards Act ("FLSA"). The parties filed a Joint Motion to Approve Settlement, which states the parties reached a full settlement of this matter. (ECF No. 22).

Today, I held a fairness hearing, as required by the FLSA. For the reasons I stated on the record at that hearing, which I incorporate into this Order, I find that the parties' settlement of this case is a fair and reasonable resolution of a bona fide dispute over FLSA provisions. *See Lynn's Food Stores, Inc. v. United States, U.S. Dep't. of Labor*, 679 F.2d 1350, 1355 (11th Cir. 1982). In addition, for the reasons stated at the fairness hearing, I also find that the amount of the settlement that is designated as fees and costs for Plaintiff's counsel is reasonable. *See Silva v. Miller*, 307 Fed.Appx. 349, 351 (11th Cir. 2009).

Accordingly, the Court hereby **GRANTS** the Joint Motion to Approve Settlement (ECF No. 22), **APPROVES** the parties' settlement agreement and **ORDERS** this action is **DISMISSED WITH PREJUDICE**. The Clerk of Court is instructed to **CLOSE** this case.

DONE and ORDERED in chambers at Miami, Florida this 27th day of September 2022.

*/s/ Chris McAliley*
CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of record